IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD WADE ARCHITECTS, P.C., on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | 13 C 4236 |
| v. | ) ) ) | Judge Tharp Magistrate Judge Valdez |
| APACHE FOREST PRODUCTS, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Richard Wade Architects, P.C., voluntarily dismisses its individual claims with prejudice and without costs against defendant Apache Forest Products, LLC, as defendant Apache Forest Products, LLC has not yet filed an appearance, answer or a motion for summary judgment. Plaintiff Richard Wade Architects, P.C. voluntarily dismisses its class claims without prejudice and without costs against defendant Apache Forest Products, LLC. Plaintiff Richard Wade Architects, P.C. voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on November 5, 2013, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

Apache Forest Products, LLC
c/o Jeff Hoke, Registered Agent
5104 W. Village Green Drive, Suite 105
Midlothian, VA 23112


                                                       s/ Heather Kolbus
                                                     Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)